IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) Cr. No. CR 06 58 ML
vs. ) In violation of 21 U.S.C.
) §§ 841(a)(1) & (b)(1)(B)
KENNETH BLANE )

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about February 24, 2006, in the District of Rhode Island, the defendant, KENNETH BLANE, did knowingly and intentionally possess with intent to distribute 10.7 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

A TRUE BILL:
REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY E. ROGERS
Assistant U.S. Attorney

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

DATE: 05-10-2006