AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

KENNETH BLANE

**WARRANT FOR ARREST**

CASE NUMBER: CR06-58ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KENNETH BLANE
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

in violation of Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(B)

Paula Farrell Pletcher
Name of Issuing Officer

Case Management Supervisor
Title of Issuing Officer

[signature]
Signature of Issuing Officer

May 10, 2006
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED 5/10/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5/17/06 | CJ Wyant SDUSM | [signature] |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.