FILED
JUN 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-058-01ML

KENNETH BLANE

**MOTION FOR EXTENSION OF TIME FOR FILING PRETRIAL MOTIONS**

Now comes the Defendant Kenneth Blane and moves for an extension of time for filing pretrial motions in the above-captioned case, to July 5, 2006, for the reason that discovery is not yet complete and counsel requires time after receipt of all discovery to review it, provide copies to Defendant and discuss Defendant's options with him; these steps should logically occur prior to preparation of pretrial motions.

Any delay occasioned by this motion should constitute excludable time under the Speedy Trial Act, 18 USC Section 3161(h)(8)(A), because the interests of justice in allowing the defendant some time to examine the discovery and to prepare pretrial motions outweighs the interests of the public and the Defendant in a speedy trial.

Granted.
Mary M. Lisi
USDJ 6/19/06

KENNETH BLANE
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on March 24, 2006, I mailed a copy of this Motion to AUSA Sandra Beckner, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.