FILED
JUN 20 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-058-01ML

KENNETH BLANE

**MOTION FOR CONTINUANCE TO AUGUST 2006 TRIAL CALENDAR**

Now comes the Defendant Kenneth Blane and respectfully requests that this Honorable Court grant a continuance from the July, 2006 trial calendar to the August, 2006 trial calendar, for the reason that counsel requires additional time to review discovery with Defendant, evaluate Defendant's options with him and, if necessary, prepare pretrial motions. A motion has previously been filed requesting an extension of time to file pretrial motions to July 5, 2006; at the time this motion was filed, discovery was incomplete.

Any delay occasioned by this motion should constitute excludable time under the Speedy Trial Act, 18 USC Section 3161(h)(8)(A), because the interests of justice in allowing the Defendant time to examine pretrial discovery, evaluate his options and prepare pretrial motions outweighs the interests of the public and the Defendant in a speedy trial. There has been previous excludable time.

KENNETH BLANE
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

GRANTED
Mary M. Lisi
U.S.D.J. 6/22/06

**CERTIFICATION**

I hereby certify that on June 19, 2006, I mailed a copy of this Motion to AUSA Sandra Beckner, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.