UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-058-01ML

KENNETH BLANE

**MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS**

Now comes the Defendant Kenneth Blane and respectfully requests that this Honorable Court grant him additional time, up to July 19, 2006, for filing pretrial motions in the above-captioned case, for the reason that a discovery issue has arisen that must be resolved before discovery can be considered complete, and counsel requires time after receipt of all discovery to review it with Defendant and discuss Defendant's options with him, which steps should occur prior to preparation of pretrial motions.

Any delay occasioned by this motion should constitute excludable time under the Speedy Trial Act, 18 USC Section 3161(h)(8)(A), because the interests of justice in allowing the Defendant time to examine pretrial discovery, evaluate his options and prepare pretrial motions outweighs the interests of the public and the Defendant in a speedy trial. There has been previous excludable time.

KENNETH BLANE
Defendant
By His Attorney,

Granted.
Mary M. Lisi
USDJ 7/5/05

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

## CERTIFICATION

I hereby certify that on June 29, 2006, I mailed a copy of this Motion to AUSA Sandra Beckner, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.