UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-058-01ML

KENNETH BLANE

**MOTION TO WITHDRAW**

Now comes the undersigned, Court-appointed counsel for the Defendant Kenneth Blane, and moves to withdraw as counsel at this time. As reason therefore, counsel represents to this Honorable Court that there has arisen between counsel and this Defendant an irreconcilable conflict, the nature of which cannot be disclosed, that precludes further representation of this Defendant by counsel.

KENNETH BLANE
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on July 12, 2006, I mailed a copy of this Motion to AUSA Sandra Beckner, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903 and to Mr. Kenneth Blane, Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863