**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **CR 1:06-00058-ML**

**KENNETH BLANE**

**MOTION FOR LEAVE TO ENTER APPEARANCE AS SUCCESSOR COUNSEL AND MOTION TO CONTINUE CASE TO SEPTEMBER 2006 TRIAL CALENDAR**

Now comes Attorney Randy Olen, Esq. and hereby moves this Honorable Court for leave to enter his appearance as successor counsel for the Defendant in the above-referenced matter.

Counsel further requests that this matter be continued to the September 2006 trial calendar in order to permit counsel to properly prepare the case.

Respectfully Submitted,
Kenneth Blane,
By His Attorney,

Randy Olen, Esq.
55 Bradford Street
Suite 203
Providence, RI 02903
(401) 274-1400
(401) 274-2480 (fax)

**CERTIFICATION**

I, the undersigned hereby certify that I caused to be delivered, via first class mail and fax, a true copy of the within ***Motion*** on this 7th day of August, 2006 to Sandra Beckner, AUSA, U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

______________________