RECEIVED
AUG 07 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **CR 1:06-00058-ML**

**KENNETH BLANE**

**MOTION FOR LEAVE TO ENTER**
**APPEARANCE AS SUCCESSOR COUNSEL**
**AND**
**MOTION TO CONTINUE CASE TO SEPTEMBER**
**2006 TRIAL CALENDAR**

Now comes Attorney Randy Olen, Esq. and hereby moves this Honorable Court for leave to enter his appearance as successor counsel for the Defendant in the above-referenced matter.

Counsel further requests that this matter be continued to the September 2006 trial calendar in order to permit counsel to properly prepare the case.

**GRANTED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** 8/8/06

Respectfully Submitted,
Kenneth Blane,
By His Attorney,

Randy Olen, Esq.
55 Bradford Street
Suite 203
Providence, RI 02903
(401) 274-1400
(401) 274-2480 (fax)

## CERTIFICATION

I, the undersigned hereby certify that I caused to be delivered, via first class mail and fax, a true copy of the within ***Motion*** on this 7th day of August, 2006 to Sandra Beckner, AUSA, U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

______________________