2-28-08

# Representation / Application Request

I Kenneth Lee Blane respectfully request representation in regards to the retroactivity of the crack cocaine Amendment that is due for procession March 3, 2008. I have also taken in consideration the burden your office may now be subjected to and thank you for your time considering assiting me concerning this matter

## Identifying Data:

Name: Kenneth L Blane D.O.B [redacted]-71 Cr.No./Doc: 06-00058 01ML

Place of Birth: Newport, RI

USMS #: 05756070

FBI #: 688820NA2

SSN #: [redacted]-9233 Judge: Mary M. Lisi

## Return Address:

Kenneth Blane #05756070
~~Ray~~ Federal Correctional Institution
P.O. Box 9009
Ray Brook, New York 12977