**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **CR 1:06-00058-ML**

**KENNETH BLANE**

**MOTION FOR SENTENCE REDUCTION**
**PURSUANT TO 18 U.S.C. §3582(c)(2)**
**AND U.S.S.G. §§ 1B1.10 AND 2D1.1**

Now comes the Defendant, Kenneth Blane, through counsel, and hereby moves this Honorable Court to reduce his sentence, pursuant to 18 U.S.C. §3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. A memorandum of law in support of this motion is attached.

Respectfully Submitted,
Kenneth Blane,
By His Attorney,

/s/Randy Olen, Esq.
55 Bradford Street
Suite 203
Providence, RI 02903
(401) 274-1400
(401) 274-2480 (fax)

**CERTIFICATION**

I hereby certify that on this 7th day of May, 2008, I filed the within ***Motion*** electronically using ECF filing and sent a copy via first class mail to Kristin Ann Mattias, U.S. Probation Officer, United States District Court, Office of the Probation Officer, 2 Exchange Terrace, 3rd Floor, Providence, RI 02903.

/s/Randy Olen, Esq.