**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
MAY 21 2008
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 06-58ML
)
KENNETH BLANE )

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level _29_.

Criminal History Category _III_.

108 to 135 months imprisonment.

4 to 5 years supervised release

$15,000 to $ 2,000,000 fine.

3. Defendant was sentenced on January 19, 2007 to 72 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level _27_.

Criminal History Category _III_.

_87_ to _108_ months imprisonment

_4_ to _5_ years supervised release

$ 12,500 to $ 2,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals that the defendant has not had any incident reports in prison.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 60 months is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

RANDY OLEN
Counsel for Defendant

5/20/08
Date

SANDRA R. BECKNER
Assistant U.S. Attorney

5-12-08
Date